FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

**TWELFTH COURT OF APPEALS**

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/7/2015 11:56:21 AM
CATHY S. LUSK
Clerk

May 5, 2015

Ms. Janice Staples
Anderson County
500 N. Church Street
Room 18
Palestine, TX 75801
* DELIVERED VIA E-MAIL *

FILED FOR RECORD
At 8:05 o'clock A.m.

MAY - 6 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.

RE:   Case Number:            12-13-00002-CV
      Trial Court Case Number:  87-11313

Style:  Christopher Joel Davey
        v.
        Margarett Jordan Royalties, Inc., et al

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

C Mr. John M. Zukowski (DELIVERED VIA E-MAIL)
C Mr. Michael E. Warwick (DELIVERED VIA E-MAIL)
: Mr. Jesse R. Pierce (DELIVERED VIA E-MAIL)
  Ms. Jennifer P. Ainsworth (DELIVERED VIA E-MAIL)
  Mr. James D. Hankins Sr. (DELIVERED VIA E-MAIL)
  Kristen Pauls Ishihara (DELIVERED VIA E-MAIL)
  Ms. Marisa Schouten (DELIVERED VIA E-MAIL)
  Mr. Jason R. Mills (DELIVERED VIA E-MAIL)
  Mr. Martin R. Bennett (DELIVERED VIA E-MAIL)

Mr. Jeffrey L. Coe (DELIVERED VIA E-MAIL)
Mr. David Paul Henry (DELIVERED VIA E-MAIL)
Ms. Ashley Naumann (DELIVERED VIA E-MAIL)
William G. Owens (DELIVERED VIA E-MAIL)
David P. Poole (DELIVERED VIA E-MAIL)
Mr. Shayne D. Moses (DELIVERED VIA E-MAIL)
Mr. Jerry S. Harris (DELIVERED VIA E-MAIL)
Mr. Christopher Hanslik (DELIVERED VIA E-MAIL)
Mr. M. Keith Dollahite (DELIVERED VIA E-MAIL)
John Clayman (DELIVERED VIA E-MAIL)
Mr. Stephen Evans (DELIVERED VIA E-MAIL)

Mandate executed on ___6___ day of ___May___, 2015.

Brief explanation of action taken: _Filed in the papers of the cause_

_Janice G. Staples_____District/~~County~~ Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith,
Trinity, Upshur, Van Zandt and Wood Counties
www.12thcoa.courts.state.tx.us